771 CHASE vs. CIRCUIT JUDGE (Ingham), No. 14256½.

To vacate order directing execution to issue against relator in person, upon a judgment for costs, in an action commenced by her, as administratrix de bonis non, against a railroad company for negligence resulting in the death of relator's husband, it appearing that there were no assets in her hands belonging to the estate.

Order to show cause denied June 19, 1894.

772 GILDERSLEEVE vs. CIRCUIT JUDGE (Kent), No. 13158, 97 M., 606.

To compel respondent to recall an execution issued against a surety, on appeal from Justice Court, more than thirty days after judgment.

Granted January 11, 1893, without costs. How., Sec. 7029.